UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) CASE NO. **06-83M** |
| **STEVEN DAVID HUMES** | ) |
| Defendant. | ) |

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **13TH** day of **JULY**, 2006,

ORDERED that **Penny Marshall, Esq.** from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

_____
Hon. Joseph J. Farnan, Jr.
United States District Judge

cc: Federal Public Defender
    704 King Street
    First Federal Plaza, Suite 110
    Wilmington, DE 19801
    (302) 573-6010

    Defendant
    United States Attorney



FILED
JUL 1 3 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE