IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 06- 83M |
| | ) |
| STEVEN DAVID HUMES, | ) |
| | ) |
| Defendant. | ) |

F I L E D

JUL 1 3 2006

U.S. DISTRICT COURT
DISTRICT OF DELAWARE

## MOTION FOR COMPETENCY EVALUATION

NOW COMES the United States of America, by and through its undersigned attorneys, and hereby moves for a competency examination of the defendant at a suitable federal facility, and in support thereof states as follows:

1. There is reasonable cause to believe that the defendant may presently be suffering from a mental disease or a mental defect rendering him mentally incompetent to the extent that he is unable to stand trial or properly assist in his defense.

2. The defendant has contended on his web site, http://www.delawarejustice.org, and in filings in Civil Action No. 06-59 KAJ (D. Del.) that the former Delaware Attorney General, a Judge of the Delaware Court of Common Pleas, a Delaware State Trooper, and a Delaware Deputy Attorney General conspired to protect a person involved in a business dispute with the defendant, and to "fix" the defendant's criminal trial before the Delaware Court of Common Pleas. The defendant has filed papers with the Court in Civil Action No. 06-59 KAJ indicating that he will effect an armed arrest of the alleged conspirators and "deliver justice" himself and is

willing to die in the attempt, as detailed in the Criminal Complaint filed in this action. On his website, the defendant also posted a one million dollar reward for the capture, arrest, prosecution and conviction of some of the aforementioned persons. The defendant's statements evidence a paranoia that provides reasonable cause to believe that the defendant presently suffers from a a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and the consequences of the proceedings against him or to assist properly in his defense.

3.   Pursuant to 18 U.S.C. §§ 4241 and 4247(b), the United States requests that the defendant be committed to the custody of the Attorney General for a term of thirty (30) days for placement at a suitable federal facility for the purpose of having a complete and thorough medical study to include a physical, psychiatric, psychological, and/or neurological examination of the defendant to aid in the determination of his competency to stand trial.

WHEREFORE, the United States respectfully requests that the Court order a competency examination, and enter the attached proposed Order.

        COLM F. CONNOLLY
        United States Attorney

By: _____
    Douglas E. McCann
    Assistant United States Attorney

Dated: July 13, 2006

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA,   ) | |
| ) | |
| Plaintiff,   ) | |
| ) | |
| v.   ) | Criminal Action No. 06- 83M |
| ) | |
| STEVEN DAVID HUMES,   ) | |
| ) | |
| Defendant.   ) | |

### ORDER

**WHEREAS,** the defendant has been charged by criminal complaint with a violation of federal law, and

**WHEREAS,** the government requests a competency examination of the defendant at a suitable federal facility, and

**WHEREAS,** the Court finds there is reasonable cause to believe the defendant may presently be suffering from a mental disease or mental defect rendering him mentally incompetent to the extent that he is unable to understand the nature and the consequences of the proceedings against him or to properly assist in his defense.

**IT IS HEREBY ORDERED** this _____ day of ____, 2006, pursuant to 18 U.S.C. §§ 4241 and 4247(b) that Steven David Humes shall forthwith be committed to the custody of the Attorney General for a term of thirty (30) days for placement at a suitable federal facility for the purpose of having a complete and thorough medical study to include a physical, psychiatric, psychological, and/or neurological examination of the defendant to aid in the determination of his competency to stand trial and assist in his defense.

**IT IS FURTHER ORDERED** that a psychiatric, psychological, or medical study report be prepared by the examiner and that a report be filed with the Court. The report shall include the following:

1. Mr. Hume's history;

2. A description of the psychiatric, psychological, neurological, and medical tests that were employed and their results to properly inform the Court if Mr. Humes is experiencing a psychiatric, psychological, neurological and/or medical problem.

3. The examiner's findings of all present symptoms.

4. The examiner's opinions as to diagnosis, prognosis, and appropriate correctional treatment.

5. Whether Mr. Humes is presently suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

_____
The Honorable Joseph J. Farnan, Jr.