AO 442(Rev. 12/85) Warrant for Arrest

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

UNITED STATES OF AMERICA

v.

STEVEN DAVID HUMES

**WARRANT FOR ARREST**

CASE NUMBER: 06- 83m

To: The United States Marshal
and any Authorized United States Officer

 SEALED  unsealed 7/13/06

YOU ARE HEREBY COMMANDED to arrest Steven David Humes, when and as stated in the Criminal Complaint and affidavit which are incorporated herein by reference and bring him to the nearest magistrate to answer a(n)

__ Indictment __ Information _X_ Complaint __ Order of court __ Violation Notice __ Probation Violation Petition

charging him with (brief description of offense)

Knowingly mailing, through the United States Postal Service, a threat to another person.

in violation of Title _18_ United States Code, Section (s) _876(c)_

FILED
JUL 17 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

Honorable Joseph J. Farnan, Jr.
Name of Issuing Officer

United States District Judge
District of Delaware
Title of Issuing Officer

Signature of Issuing Officer

July 13, 2006    Wilmington, Delaware
Date and Location

Bail fixed at $ _____

by _____
Name of Judicial Officer

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at 4838 Plum Run Ct., Wilmington, DE

| DATE RECEIVED 7/13/06 | NAME AND TITLE OF ARRESTING OFFICER Toby M. Conrod DUSM | SIGNATURE OF ARRESTING OFFICER |
| --- | --- | --- |
| DATE OF ARREST 7/13/06 | | |

AO 442 (Rev. 12/85) Warrant for Arrest