IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | : |
| Plaintiff, | : |
| v. | : Case No. 06- |
| STEVEN DAVIS HUMES, | : |
| Defendant. | : |

**AMENDED MOTION FOR DETENTION HEARING**

NOW COMES the United States and moves for the pretrial detention of the defendant, pursuant to 18 U.S.C. §3142(e) and (f). In support of the motion, the United States alleges the following:

1. **Eligibility of Case**. This case is eligible for a detention order because case involves **(check all that apply)**:

    ___ Crime of violence (18 U.S.C. § 3156)

    ___ Maximum sentence life imprisonment or death

    ___ 10+ year drug offense

    ___ Felony, with two prior convictions in above categories

    _X_ Serious risk defendant will flee

    _X_ Serious risk obstruction of justice

2. **Reason For Detention**. The court should detain defendant because there are no conditions of release which will reasonably assure (**check one or both**):

   _X_  Defendant's appearance as required

   _X_  Safety of any other person and the community

3. **Rebuttable Presumption**. The United States (will, will not) invoke the rebuttable presumption against defendant under §3142(e). (If yes) The presumption applies because (**check one or both**):

   ___  Probable cause to believe defendant committed 10+ year drug offense or firearms offense, 18 U.S.C. §924(c)

   ___  Previous conviction for "eligible" offense committed while on pretrial bond

4. **Time For Detention Hearing**. The United States requests the court conduct the detention hearing,

   ___  At first appearance

   _X_  After continuance of _3_ days or after any competency hearing ordered by the Court.

5. **Temporary Detention**. The United States requests the temporary detention of the defendant for a period of _ days (not more than 10) so that the appropriate officials can be notified since:

   1. At the time the offense was committed the defendant was:

      ___  (a) on release pending trial for a felony;

       —   (b) on release pending imposition or execution of sentence, appeal of sentence or conviction, or completion of sentence for an offense;

       —   (c) on probation or parole for an offense.

2. ___ The defendant is not a citizen of the U.S. or lawfully admitted for permanent residence.

3. ___ The defendant may flee or pose a danger to any other person or the community.

6. **Other Matters**.

_____

_____

DATED this <u>17th</u> day of <u>July</u>, 2006.

                                      Respectfully submitted,

                                      COLM F. CONNOLLY
                                      United States Attorney

                              BY: _____
                                      Douglas E. McCann
                                      Assistant United States Attorney

CERTIFICATE OF SERVICE

I, Douglas E. McCann, hereby certify that on July 17, 2006, I caused the foregoing Amended Motion for Detention Hearing to be served by CM/ECF and by hand on the following counsel:

Christopher Koyste, Esquire
Federal Public Defender
First Federal Plaza
704 King Street, Suite 110
Wilmington, Delaware 19801

_____
Douglas E. McCann