

LAW OFFICES
# GLENN A. ZEITZ

GLENN A. ZEITZ
CERTIFIED BY THE SUPREME
COURT OF NEW JERSEY AS A
CRIMINAL TRIAL ATTORNEY
AND
CERTIFIED AS A CRIMINAL
TRIAL ADVOCATE BY THE
NATIONAL BOARD OF TRIAL
ADVOCACY

JORDAN G. ZEITZ

MEMBERS OF NEW JERSEY
AND PENNSYLVANIA BAR

NEW JERSEY OFFICE
38 HADDON AVENUE
HADDONFIELD, NJ 08033
(856) 795-6660
FAX (856) 795-7660

PENNSYLVANIA OFFICE
ONE COMMERCE SQUARE
24TH FLOOR
PHILADELPHIA, PA 19103
(215) 569-0700

July 21, 2006

**VIA FACSIMILE (302) 573-6451 AND REGULAR MAIL**
United States District Court –
District of Delaware
Attn: Keith Kincaid, Clerk of Court
844 North Kings Street
Lockbox 18
Wilmington, Delaware 19801

FILED
JUL 2 1 2006
U.S. DISTRICT COURT
DISTRICT OF DELAWARE

RE:  **U.S.A. v. Steven Humes**
     **Magistrate Case No.: 06-83-MPT**

Dear Mr. Kincaid:

Please allow this letter to confirm that my Office has been retained to represent Mr. Humes in the above-captioned matter. Kindly enter my name as counsel of record.

Although I am not a member of the Delaware Bar, it is my understanding that I do not have to file a motion to proceed pro hac vice in order to represent my client in this district because it involves a criminal matter only.

Please forward all future correspondence and court notices to my New Jersey address.

Thank you for your courtesy.

Very truly yours,

*Glenn A. Zeitz*
GLENN A. ZEITZ

GAZ/jrr
cc:  A.U.S.A. Douglass McCann (via reg. mail only)
     Steven Humes (via reg. mail only)

**DICTATED BUT NOT READ**